for respondents.

No. 182. O'BRYAN BROTHERS *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Cecil Sims* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Earl C. Crouter* and *Miss Helen R. Carloss* for respondent.

No. 185. MILLER, INDUSTRIAL COMMISSIONER, *v.* WESTERN PERISHABLE CARLOAD RECEIVERS ASSOCIATION OF NEW YORK, INC. October 12, 1942. Petition for writ of certiorari to the Supreme Court of New York, Appellate Division, denied. *Messrs. John J. Bennett, Jr.,* Attorney General of New York, *Henry Epstein,* Solicitor General, *William Gerard Ryan* and *Francis R. Curran,* Assistant Attorneys General, for petitioner. *Mr. John L. McMaster* for respondent.

No. 189. BARLOW, TRUSTEE, *v.* BUDGE, CLAIMANT. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William M. Giller* for petitioner. *Mr. Preston B. Kavanagh* for respondent.

No. 190. EDMUND WRIGHT GINSBERG CORPORATION *v.* SWETNAM, TRUSTEE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Duane R. Dills* and *Jack J. Levinson* for petitioner. *Messrs. Maurice L. Shaine* and *William V. Ford* for respondent.